# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATTHEW ROBBINS & TAMMY L. ROBBINS  Case Number: 04-74317
1736 WARREN ROAD  SSN-xxx-xx-5346 & xxx-xx-2850
ROCKFORD, IL  61108

Case filed on: 8/27/2004
Plan Confirmed on: 11/12/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,450.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
|  | Total Legal | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
| 011 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MATTHEW ROBBINS | 0.00 | 0.00 | 2,500.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,500.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 14,271.18 | 14,271.18 | 8,245.73 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 82,723.90 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST NORTHERN CREDIT UNION | 7,301.55 | 7,301.55 | 3,461.18 | 1,746.47 |
|  | Total Secured | 104,296.63 | 21,572.73 | 11,706.91 | 1,746.47 |
| 004 | CAPITAL ONE | 728.25 | 327.71 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 495.80 | 223.11 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 2,629.24 | 1,183.16 | 0.00 | 0.00 |
| 007 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD MERCANTILE AGENCY INC | 654.50 | 294.52 | 0.00 | 0.00 |
| 009 | ROCK RIVER WATER RECLAMATION | 472.66 | 212.70 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAVALRY INVESTMENTS LLC | 774.81 | 348.66 | 0.00 | 0.00 |
| 013 | STREAMLINE CAPITAL PARTNERS LLC | 1,117.83 | 503.02 | 0.00 | 0.00 |
|  | Total Unsecured | 6,873.09 | 3,092.88 | 0.00 | 0.00 |
|  | Grand Total: | 113,563.72 | 27,059.61 | 16,600.91 | 1,746.47 |

Total Paid Claimant:     $18,347.38
Trustee Allowance:       $1,102.62          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00         discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan